JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA SISON PERSEVERANDA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET. AL.,<br><br>Defendants. | Case No. 8:26-cv-00934-CAS-JDEx<br><br>**ORDER APPROVING STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES AND DISMISS ACTION WITHOUT PREJUDICE**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

The Court has considered the parties' Stipulation for Order Remanding Case to United States Citizenship and Immigration Services and Dismiss Action Without Prejudice. With good cause showing,

IT IS HEREBY ORDERED:

1. Plaintiff's N-400 Application for Naturalization is REMANDED for adjudication to United States Citizenship and Immigration Services ("USCIS"). Upon remand, USCIS shall conduct the interview and complete adjudication of the N-400 application and issue a decision within sixty (60) days after the entry of this Order.

1

2.	For the purposes of this stipulation, this time frame is limited to the decision by USCIS on Plaintiff's N-400 application and does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2), in the event the N-400 application is denied.

3.	If USCIS does not timely take the actions set forth herein, Defendants shall not oppose any request by Plaintiff to this Court to vacate this remand order.

4.	This action is DISMISSED in its entirety without prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated: July 1, 2026

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2